RECEIVED
APR 21 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Michael Douglas Reid**

**Docket No. 0:00CR00028-010 (JMR)**

**Petition on Supervised Release**

COMES NOW John G. Baskfield, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Michael Douglas Reid who was sentenced for Use of a Telephone in Furtherance of Drug Trafficking on October 4, 2001, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 1 (one) year supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Mandatory drug testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 29, 2006, Mr. Reid's case was accepted for supervision in the Eastern District of Michigan. As a result of the offender's history of drug use, the Eastern District of Michigan is requesting the following condition: The defendant shall participate in a drug treatment program approved by the United States Probation Department for substance abuse, which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate in a drug treatment program approved by the United States Probation Department for substance abuse, which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

ORDER OF THE COURT

Considered and ordered this 21st day of April 2006, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum

I declare under penalty of perjury that the foregoing is true and correct.

John G. Baskfield
U.S. Probation Officer

Executed on April 18, 2006
Place Minneapolis

c: United States Sentencing Commission

SCANNED
APR 21 2006
U.S. DISTRICT COURT MPLS