RECEIVED

APR 21 2006

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

00-CR-28 (10)

Prob 49

UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF MICHIGAN

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release:

Shall participate in a drug treatment program approved by the United States Probation Department for substance abuse, which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

Witness: [signature]
Case Manager

Signed: Michael Reid
Probationer or Supervised Releasee

3-8-06
Date

SCANNED
APR 21 2006
U.S. DISTRICT COURT MPLS