Prob 22 (Rev. 03/97)

RECEIVED BY MAIL NOV 08 2007 CLERK, U.S. DISTRICT COURT ST. PAUL, MN

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NO. (Transferring Court) | 0:00CR00028-010 (JMR) |
| DOCKET NO. (Receiving Court) | |

| NAME | DISTRICT | DIVISION | |
|---|---|---|---|
| Michael Douglas Reid | MINNESOTA | | |
| | NAME OF SENTENCING JUDGE | | |
| | Honorable James M. Rosenbaum | | |
| | DATES OF TSR SUPERVISION | FROM 05/31/2007 | TO 05/30/2008 |

OFFENSE

Use of a Telephone in Furtherance of Drug Trafficking

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of Michigan upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of TSR may be changed by the District Court to which this transfer is made without further inquiry of this Court.

October 2, 2007
Date

James M. Rosenbaum United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

IT IS HEREBY ORDERED that jurisdiction of the above supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-19-07
Effective Date

United States District Judge

SCANNED NOV 19 2007 U.S. DISTRICT COURT ST. PAUL